UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

**JULIE BROWN and KAYLA MOLASKI,**
Individually and as Representatives
of a Class of Individuals
Similarly Situated,
       Plaintiffs,     Case No.: 2:11-cv-11867-AC-MAR
                                    HON.: AVERN COHN

**GOOGLE, INC.,**
A Delaware Corporation
       Defendant,
_____/

## STIPULATION AND ORDER FOR STAY OF PROCEEDINGS

WHEREAS, on April 27, 2011, Plaintiffs Julie Brown and Kayla Molaski ("Plaintiffs") filed this action against Defendant Google Inc. ("Google");

WHEREAS, on May 9, 2011, Plaintiffs served their complaint on Google through Google's registered agent for service of process;

WHEREAS, on May 24, 2011, Google filed with the Judicial Panel for Multidistrict Litigation ("JPML") a motion to transfer this action to the Northern District of California for coordinated or consolidated pretrial proceedings, with five other actions.

WHEREAS, the JPML's next Hearing Session is scheduled for July 28, 2011, and the parties anticipate a ruling on Google's motion to transfer promptly thereafter;

WHEREAS, in accordance with their respective obligations under the Federal Rules of Civil Procedure, the parties acknowledge and represent that they have taken reasonable measures to preserve documents, data, and tangible things in their possession, custody, or control that are likely to be relevant to this action and have or will issue "litigation holds" to the extent necessary to accomplish this;

NOW THEREFORE

IT IS HEREBY ORDERED that the captioned matter shall be stayed pending a decision by the United States Judicial Panel on Multidistrict Litigation on Defendant's Motion for Transfer of Actions to the United Stated District Court for the Northern District of California pursuant to 28 U.S.C. §1407 for Coordinated or Consolidated Pretrial Proceedings, or 90 days from the date of this order, whichever occurs first.

IT IS FURTHER ORDERED that this order applies from its effective date until: (a) the Parties agree or the court orders otherwise; (b) the Action settles and all settlement terms are fulfilled; (c) the Action is adjudicated and any appeals are heard or the time period for bringing an appeal has expired; or (d) 90 days from the date of this order whichever occurs first.

Dated: June 06, 2011                    S/Avern Cohn
                                        Hon. Avern Cohn
                                        District Court Judge


It is so stipulated:

/s Steven T. Budaj
STEVEN T. BUDAJ (P-30154)
Attorney for Plaintiffs

/s Michael H. Rubin with consent
MICHAEL H. RUBIN
Attorney for Defendant